293-08/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
BREEZE A MARINE LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
BREEZE A MARINE LTD.,

08 CV 5010

Judge Berman

                        Plaintiff,

                                                    **RULE 7.1 STATEMENT**

        -against-

PROJECTOR SA,

                        Defendant.
------------------------------------------------------------------x

The Plaintiff, BREEZE A MARINE LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that the Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       May 30, 2008

                                        FREEHILL HOGAN & MAHAR, LLP
                                        Attorneys for Plaintiff
                                        BREEZE A MARINE LTD.

                            By:         _____
                                        Michael E. Unger (MU 0045)
                                        80 Pine Street
                                        New York, NY 10005
                                        Telephone: (212) 425-1900
                                        Fax: (212) 425-1901

NYDOCS1/305590.1