293-08/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
BREEZE A MARINE LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900/(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x     **08 cv 5010 (RMB)**
BREEZE A MARINE LTD.,

                    Plaintiff,     **NOTICE OF VOLUNTARY**
- against -                                                             **DISMISSAL**

PROJECTOR SA,

                    Defendant.
-----------------------------------------------------------------x

Defendant PROJECTOR SA not having entered an appearance, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff BREEZE A MARINE LTD. provides its notice of voluntary discontinuance without prejudice of this action.

*Clerk to close this case.*

Dated: New York, New York
       June 5, 2008

                          FREEHILL HOGAN & MAHAR, LLP
                          Attorneys for Plaintiff
                          BREEZE A MARINE LTD.

            By: _____
                          Michael E. Unger (MU0045)
                          80 Pine Street
                          New York, NY 10005
                          (212) 425-1900

**"SO ORDERED"**

*RMB*

_____
Hon. Richard M. Berman, U.S.D.J.
6/10/08

NYDOCS1/305961.1